IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CINDY JEAN BROWN,

        Plaintiff,

  v.

BRUCE MURASKI, RICHARD SCHNEITER,
GARY MCCAUGHTRY, MARC CLEMENTS,
H. VAN BUREN, SERGEANT MCCAUGHTRY,
SUSAN WALLINTIN, CHAPLAIN WITCH,
DARRELL ALDRICH, JANE/JOHN DOES, 1-7,

        Defendants.

ORDER

10-cv-70-slc

---

    Plaintiff Cindy Jean Brown is proceeding on claims that prison staff members violated her First Amendment free speech and Fourteenth Amendment rights to due process and equal protection by refusing to deliver letters intended for prisoners and by restricting inmates from sending money to her organization. I previously granted plaintiff's motion for appointment of counsel and stayed proceedings in order to locate counsel for plaintiff.

    Dennis Sullivan, a member of the Wisconsin Bar, has agreed to represent plaintiff, with the understanding that he will serve with no guarantee of compensation for his services. It is this court's intention that the appointment of this attorney to represent plaintiff extends to proceedings in this court only.[1]

    Plaintiff should understand that because I am appointing counsel to represent her, she may not communicate directly with the court from this point forward. She must work directly with his lawyer and must permit him to exercise his professional judgment to determine which matters are

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a Notice of Appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

appropriate to bring to the court's attention and in what form. Plaintiff does not have the right to require counsel to raise frivolous arguments or to follow every directive she makes. She should be prepared to accept the strategic decisions made by her lawyer even if she disagrees with some of them. In addition, plaintiff should understand that it is highly unlikely that this court would appoint another lawyer to represent her if she chooses not to work with this lawyer. The court will schedule a status conference to reset the schedule in this lawsuit.

ORDER

IT IS ORDERED that Dennis Sullivan is appointed to represent plaintiff in this case. Proceedings in this case remain STAYED pending a status conference, at which time a new schedule will be set for moving this case to resolution.

Entered this 10th day of May, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge