IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CINDY JEAN BROWN,

          Plaintiff,

  v.

BRUCE MURASKI, RICHARD SCHNEITER,
GARY MCCAUGHTRY, MARC CLEMENTS,
H. VAN BUREN, SGT. MCCAUGHTRY,
SUSAN WALLINTIN, CHAPLAIN WITCH,
DARRELL ALDRICH AND JOHN/JANE DOES 1-7,

          Defendants.

ORDER

10-cv-70-slc

---

At the state's oral request during the June 8, 2011 telephonic pretrial conference, and pursuant to F.R. Civ. Pro. 30(a)(2)(B), it is ORDERED that the parties may depose Tommy Brown, WDOC #220509, an incarcerated witness.

Entered this 8th day of June, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge